# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACOB CORMAN, in his official
capacity as Majority Leader of the
Pennsylvania Senate, MICHAEL
FOLMER, in his official capacity as
Chairman of the Pennsylvania Senate
State Government Committee,
LOU BARLETTA, RYAN COSTELLO,
MIKE KELLY, TOM MARINO, SCOTT
PERRY, KEITH ROTHFUS, LLOYD
SMUCKER, and GLENN THOMPSON,

                  Plaintiffs,

      v.

ROBERT TORRES, in his official
capacity as Acting Secretary of the
Commonwealth, and JONATHAN M.
MARKS, in his official capacity as
Commissioner of the Bureau of
Commissions, Elections, and Legislation,

                  Defendants.

No._____

(*filed electronically*)

THREE JUDGE COURT
REQUESTED PURSUANT TO
28 U.S.C. § 2284(a)

---

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs respectfully move this Court for a Temporary Restraining Order

and a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil

Procedure: (a) enjoining Defendants from implementing any congressional

redistricting scheme arising from the Pennsylvania Supreme Court's Court Drawn

Plan; and (b) ordering Defendants to conduct the 2018 primary and general Congressional elections in full accordance with Pennsylvania's 2011 Plan. The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference. This Motion is supported by the Verified Complaint and the Declarations of Keith Rothfus, Scott Perry, and Ryan Costello, attached as Exhibits A through C, which are also incorporated by reference.

Respectfully submitted,

/s/ Brian S. Paszamant

Matthew H. Haverstick (PA 85072)
Mark E. Seiberling (PA 91256)
Paul G. Gagne (PA 42009)
Shohin H. Vance (PA 323551)
KLEINBARD LLC
One Liberty Place, 46th Floor
1650 Market Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Email: mhaverstick@kleinbard.com
mseiberling@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

Joshua J. Voss (PA 306853)
KLEINBARD LLC
115 State Street, 2nd Floor
Harrisburg, PA 17101
Ph: (717) 836-7492
Fax: (215) 568-0140
Email: jvoss@kleinbard.com
*Counsel for Federal Plaintiffs*

Dated: February 22, 2018

Brian S. Paszamant (PA 78410)
Jason A. Snyderman (PA 80239)
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Ph: (215) 569-5791
Fax: (215) 832-5791
Email: paszamant@blankrome.com
snyderman@blankrome.com

Jason Torchinsky (*pro hac vice application pending*)
Shawn Sheehy (*pro hac vice application pending*)
HOLTZMAN VOGEL JOSEFIAK
TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Ph: (540) 341-8808
Fax: (540) 341-8809
Email: jtorchinsky@hvjt.law
ssheehy@hvjt.law
*Counsel for State Plaintiffs*

## CERTIFICATE OF NONCONCURRENCE

I hereby certify that I sought the concurrence in Plaintiffs' Motion for

Temporary Restraining Order and Preliminary Injunction from each Defendant,

and that such concurrence has been denied.

Dated: February 22, 2018                    /s/ Brian S. Paszamant

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACOB CORMAN, in his official
capacity as Majority Leader of the
Pennsylvania Senate, MICHAEL
FOLMER, in his official capacity as
Chairman of the Pennsylvania Senate
State Government Committee, LOU
BARLETTA, RYAN COSTELLO,
MIKE KELLY, TOM MARINO, SCOTT
PERRY, KEITH ROTHFUS, LLOYD
SMUCKER AND GLENN
THOMPSON,

                Plaintiffs,

      v.

ROBERT TORRES, in his official
capacity as Acting Secretary of the
Commonwealth, and JONATHAN M.
MARKS, in his official capacity as
Commissioner of the Bureau of
Commissions, Elections, and Legislation,

                Defendants.

No._____

(*filed electronically*)

THREE JUDGE COURT
REQUESTED PURSUANT TO
28 U.S.C. § 2284(a)

# DECLARATION OF KEITH ROTHFUS

KEITH ROTHFUS declares under penalty of perjury as follows:

1.    I am a Plaintiff in this civil action.  I submit this Declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

2.    I am a Congressman representing the 12th Congressional District of Pennsylvania in the United States House of Representatives.  I have been actively campaigning for reelection in 2018.

3.    More than five years after the 2011-12 Pennsylvania congressional map was put in place, I have developed deep relationships with constituents across the Twelfth Congressional District and resolved thousands of cases for them.

4.    Under the new congressional map issued by the Pennsylvania Supreme Court on February 19, 2018, more than 300 constituents for whom I am working to resolve matters with the Federal government, including claims with the Veterans Administration, will find themselves in new districts with freshmen members of Congress who will have to restart the handling of the cases with new staff, potentially delaying resolution for months.

5.    The Court's new congressional map sunders the community of greater Johnstown, which has enjoyed a single Congressional representative in the Twelfth

District for decades.  Putting the city of Johnstown, which has been in a financially stressed status for years, in a different congressional district from major Johnstown area assets such as the Johnstown airport and the University of Pittsburgh Johnstown campus, will impede critical Federal, state and local coordination as the Johnstown community continues a decades-long recovery.

Keith Rothfus

_____
Keith Rothfus

Dated: February 21, 2018

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB CORMAN, in his official capacity as Majority Leader of the Pennsylvania Senate, MICHAEL FOLMER, in his official capacity as Chairman of the Pennsylvania Senate State Government Committee, LOU BARLETTA, RYAN COSTELLO, MIKE KELLY, TOM MARINO, SCOTT PERRY, KEITH ROTHFUS, LLOYD SMUCKER AND GLENN THOMPSON, | : | No._____ |
| | : | (*filed electronically*) |
| | : | THREE JUDGE COURT REQUESTED PURSUANT TO 28 U.S.C. § 2284(a) |
| Plaintiffs, | : | |
| v. | : | |
| ROBERT TORRES, in his official capacity as Acting Secretary of the Commonwealth, and JONATHAN M. MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation, | : | |
| Defendants. | : | |

# DECLARATION OF SCOTT PERRY

SCOTT PERRY declares under penalty of perjury as follows:

1.     I am a Plaintiff in this civil action.  I submit this Declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

2.     I am a Congressman representing the 4th Congressional District of Pennsylvania in the United States House of Representatives.  I have been actively campaigning for reelection in 2018.

3.     For the last 18 months, I have served the approximately 727,000 people of the 4th Congressional District and have been preparing for my 2018 re-election campaign.  The new Congressional map issued by the Pennsylvania Supreme Court on February 19, 2018, not only radically changes the District, but threatens to waste countless hours, dollars and disrupts ongoing projects to improve the quality of life of the citizens I currently serve.

4.     The new congressional map completely removes Adams County and the majority of York County (the current district's population center) from the 4th District. Since January 2017, I have opened more than 260 new constituent cases in Adams County and significantly more in the portion of York County removed in the new map. My staff have been working with constituents in these areas on highly detailed and sensitive issues ranging from Social Security, Medicare, Veteran, IRS and myriad others. Many of these cases takes months, if not years, to resolve and these citizens will be impacted severely if they're forced to essentially start over with a new Member of Congress.

4. The new congressional map completely removes Adams County and the majority of York County (the current district's population center) from the 4th District. Since January 2017, I have opened more than 260 new constituent cases in Adams County and significantly more in the portion of York County removed in the new map. My staff have been working with constituents in these areas on highly detailed and sensitive issues ranging from Social Security, Medicare, Veteran, IRS and myriad others. Many of these cases takes months, if not years, to resolve and these citizens will be impacted severely if they're forced to essentially start over with a new Member of Congress.

5. In addition, my office has worked for months with small businesses, local governments and non-profit organizations on countless community development programs in these areas, including firefighter grants, library funding, job training and workforce development funds and agricultural initiatives. The proposed changes will invalidate countless time, taxpayer funds and planning and resources spent by these organizations.

6. I have raised more than $319,000 for my 2018 campaign since January 2017 – a large portion of that coming from supporters in areas that I may no longer represent, and often from citizens of modest financial means who nevertheless feel called to our democratic process. We should honor such commitments rather than telling them their voice doesn't really matter.

Scott Perry

Dated: February 21, 2018_____

# EXHIBIT C

JACOB CORMAN, in his official capacity as Majority Leader of the Pennsylvania Senate, MICHAEL FOLMER, in his official capacity as Chairman of the Pennsylvania Senate State Government Committee, LOU BARLETTA, RYAN COSTELLO, MIKE KELLY, TOM MARINO, SCOTT PERRY, KEITH ROTHFUS, LLOYD SMUCKER, and GLENN THOMPSON,

        Plaintiffs,

    v.

ROBERT TORRES, in his official capacity as Acting Secretary of the Commonwealth, and JONATHAN M. MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,

        Defendants.

No._____

(*filed electronically*)

THREE JUDGE COURT REQUESTED PURSUANT TO 28 U.S.C. § 2284(a)

## DECLARATION OF RYAN COSTELLO

RYAN COSTELLO declares under penalty of perjury as follows:

1. I am a Plaintiff in this civil action. I submit this Declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

2. I am a Congressman representing the 6th Congressional District of Pennsylvania in the United States House of Representatives. I have been actively campaigning for reelection in 2018.

3. For the last 18 months, I have served the people of the 6th Congressional District and have been preparing for my 2018 re-election campaign. The new Congressional map issued by the Pennsylvania Supreme Court on February 19, 2018, radically changes the District and threatens to ongoing activities to improve the quality of life of the citizens I currently serve.

4. The new congressional map results in a 6th District that is fifty percent

new. In addition, Almost the entirety of Berks County will reside in new districts, and that county is still split three ways. We currently have 325 open cases in which we are assisting constituents of the 6th District. Of those, I estimate that 144 (or 44%) are for constituents who would no longer be in the 6th District as a result of the new map. These constituents would have to start again with new representatives who are unfamiliar with their circumstances.

5. In addition, the current 6th District contains all of Exeter Township. In the new map, this township is split. Exeter is a significant township in terms of population growth and the life of the Berks County community. We also believe that two other townships are split: District in Berks, and Birmingham in Chester. The citizens of these townships will suffer hardship as the result of being moved into new congressional districts.

6. In addition, my office has worked for months with small businesses, local governments and non-profit organizations on countless community development programs in these areas, including firefighter grants, library funding, job training and workforce development funds and agricultural initiatives. The proposed changes will invalidate countless time, taxpayer funds and planning and resources spent by these organizations.

Ryan Costello

Dated: February 21, 2018____

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion to be served upon the persons and in the manner set forth below.

*VIA EMAIL AND FEDERAL EXPRESS*
Mark Alan Aronchick
Claudia De Palma
Michele D. Hangley
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
maronchick@hangley.com
cdp@hangley.com
mhangley@hangley.com

Timothy Eugene Gates
Ian Blythe Everhart
Kathleen Marie Kotula
DEPARTMENT OF STATE, OFFICE OF CHIEF COUNSEL
306 North Office Building
Harrisburg, PA 17120
tgates@pa.gov
ieverhart@pa.gov
kkotula@pa.gov

*Counsel for Defendants*

Dated: February 22, 2018                     /s/ Brian Paszamant