# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB CORMAN**, in his official capacity as Majority Leader of the Pennsylvania Senate, *et al.*, | : CIVIL ACTION NO. 1:18-CV-443 :<br>: **Three-Judge Panel Convened**<br>: **Pursuant to 28 U.S.C. § 2284(a)** |
| Plaintiffs | : |
| v. | : |
| **ROBERT TORRES**, in his official capacity as Acting Secretary of the Commonwealth, *et al.*, | : |
| Defendants | : |

## ORDER

**BEFORE:** Jordan, Circuit Judge; Conner, Chief District Judge; Simandle, District Judge.

**AND NOW**, this 23rd day of February, 2018, upon consideration of plaintiffs' verified complaint (Doc. 1) and contemporaneous motion (Doc. 3) for temporary restraining order and preliminary injunction, requesting that the court enjoin defendants from implementing the congressional redistricting map recently crafted by the Supreme Court of Pennsylvania and order defendants to conduct the Commonwealth of Pennsylvania's May 2018 congressional primary election and subsequent general election in accordance with the Pennsylvania Congressional Redistricting Act of 2011, 25 PA. STAT. ANN. § 3596.101 *et seq.*, and the court having reviewed *in extenso* plaintiffs' submissions, including the verified complaint, motion for temporary restraining order, supporting brief, and attendant exhibits, and, upon review of same, determining that the alleged injury articulated in plaintiffs' motion

is not so exigent as to justify issuance of temporary injunctive relief in light of the court's willingness to expedite resolution of plaintiffs' motion for preliminary injunction and the court favoring an opportunity for all parties to be heard, and determining further that a preliminary injunction hearing can and shall convene forthwith and that the above-captioned matter shall proceed on an expedited basis, and further upon consideration of the pending motions (Docs. 5, 12) to intervene as defendants pursuant to Federal Rule of Civil Procedure 24 filed by the League of Women Voters of Pennsylvania, *et al.*, and the National Democratic Redistricting Committee, respectively, it is hereby ORDERED that:

1. Plaintiffs' motion (Doc. 3) is DENIED as to the request for temporary restraining order but DEFERRED as to the request for a preliminary injunction.

2. Any opposition to the respective motions (Docs. 5, 12) to intervene shall be filed by **12:00 p.m. on Tuesday, February 27, 2018**. Any reply in further support of the respective motions (Docs. 5, 12) to intervene shall be filed by **12:00 p.m. on Wednesday, February 28, 2018**.

3. A scheduling hearing on plaintiffs' motion (Doc. 3) for preliminary injunction and argument on the respective motions (Docs. 5, 12) to intervene shall commence at **1:30 p.m. on Thursday, March 1, 2018**, in Courtroom #2, Ninth Floor, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

4. Defendants shall file a brief in response to plaintiffs' motion (Doc. 2) for preliminary injunction **by close of business on Friday, March 2, 2018**.

5. Motions to dismiss, if any, shall be filed together with supporting briefs **by close of business on Friday, March 2, 2018**. Briefs in opposition to any motion to dismiss shall be filed by **12:00 p.m. on Wednesday, March 7, 2018**.

6. A preliminary injunction hearing shall commence at **11:00 a.m. on Friday, March 9, 2018** in Courtroom #2, Ninth Floor, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

**FOR THE COURT:**

/S/ KENT A. JORDAN
Kent A. Jordan, Circuit Judge
*United States Court of Appeals*
*for the Third Circuit*

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief District Judge
*United States District Court*
*for the Middle District of Pennsylvania*

/S/ JEROME B. SIMANDLE
Jerome B. Simandle, District Judge
*United States District Court*
*for the District of New Jersey*