# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB CORMAN**, in his official capacity as Majority Leader of the Pennsylvania Senate, *et al.*, | CIVIL ACTION NO. 1:18-CV-443 |
| | Three-Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| Plaintiffs | |
| v. | |
| **ROBERT TORRES**, in his official capacity as Acting Secretary of the Commonwealth, *et al.*, | |
| Defendants | |

## ORDER

**BEFORE**: Jordan, Circuit Judge; Conner, Chief District Judge; Simandle, District Judge.

**AND NOW**, this 23rd day of February, 2018, upon consideration of the motion (Doc. 8) for leave to file *amici curiae* brief by movant Brian McCann and thirty-five other individuals, each of whom is a registered Republican active in the Republican Party and involved in campaigns of Republican candidates for Congress in the Commonwealth of Pennsylvania, and the court determining that the unique perspective of the movants as concerns the issues raised *sub judice* may be both valuable and illuminating in disposition of this case, it is hereby ORDERED that the motion (Doc. 8) is GRANTED and movants shall file their proposed *amici curiae* brief to the docket in the above-captioned action on or before **Friday, March 2, 2018**.

**FOR THE COURT:**

/S/ KENT A. JORDAN
Kent A. Jordan, Circuit Judge
*United States Court of Appeals*
*for the Third Circuit*

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief District Judge
*United States District Court*
*for the Middle District of Pennsylvania*

/S/ JEROME B. SIMANDLE
Jerome B. Simandle, District Judge
*United States District Court*
*for the District of New Jersey*