# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB CORMAN, in his official capacity as Majority Leader of the Pennsylvania Senate, MICHAEL FOLMER, in his official capacity as Chairman of the Pennsylvania Senate State Government Committee, LOU BARLETTA, RYAN COSTELLO, MIKE KELLY, TOM MARINO, SCOTT PERRY, KEITH ROTHFUS, LLOYD SMUCKER, and GLENN THOMPSON,<br><br>             Plaintiffs,<br><br>v.<br><br>ROBERT TORRES, in his official capacity as Acting Secretary of the Commonwealth, and JONATHAN M. MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>             Defendants. | No. 18-cv-00443-CCC<br><br>Circuit Judge Jordan<br>Chief Judge Conner<br>Judge Simandle<br><br>(*filed electronically*) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF AND LEAVE TO FILE REPLY BRIEF**

Plaintiffs respectfully submit this unopposed motion, and ask the Court for leave to do each of the following:

(1) File an over-length brief in opposition to any motion to dismiss, totaling no more than 7500 words; and

(2) File a reply brief in further support of Plaintiffs' pending Motion for Preliminary Injunction (Doc. 2).

If the Court grants the foregoing leave, Plaintiffs will file the foregoing briefs on or before 12:00 p.m. on Wednesday, March 7, 2018.

WHEREFORE, Plaintiffs respectfully request the Court grant this Motion.

Respectfully submitted,

/s/ Joshua J. Voss
Matthew H. Haverstick (PA 85072)
Mark E. Seiberling (PA 91256)
Paul G. Gagne (PA 42009)*
Shohin H. Vance (PA 323551)
KLEINBARD LLC
One Liberty Place, 46th Floor
1650 Market Street
Philadelphia, PA 19103
Ph: (215) 568-2000
Email: mhaverstick@kleinbard.com
mseiberling@kleinbard.com
pgagne@kleinbard.com
svance@kleinbard.com

Joshua J. Voss (PA 306853)
KLEINBARD LLC
115 State Street, 2nd Floor
Harrisburg, PA 17101
Ph: (717) 836-7492
Fax: (215) 568-0140
Email: jvoss@kleinbard.com
*Counsel for Federal Plaintiffs*

Dated: February 27, 2018

Brian S. Paszamant (PA 78410)
Jason A. Snyderman (PA 80239)
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Ph: (215) 569-5791
Fax: (215) 832-5791
Email: paszamant@blankrome.com
snyderman@blankrome.com

Jason Torchinsky*
Shawn Sheehy*
Phillip M. Gordon*
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Ph: (540) 341-8808
Fax: (540) 341-8809
Email: jtorchinsky@hvjt.law
ssheehy@hvjt.law
*pro hac vice application pending*

*Counsel for State Plaintiffs*

## **CERTIFICATE OF CONCURRENCE**

I hereby certify that I sought the concurrence in Plaintiffs' Motion for Leave to File Over-length Brief and Leave to File Reply Brief from the Defendants and that such concurrence was granted.

Dated: February 27, 2018         /s/ Joshua J. Voss

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion to be served on all parties via the Court's CM/ECF system.

Dated: February 27, 2018                             /s/ Joshua J. Voss