# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB CORMAN**, in his official capacity as Majority Leader of the Pennsylvania Senate, *et al.*, | CIVIL ACTION NO. 1:18-CV-443 |
| Plaintiff | Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |
| v. | |
| **ROBERT TORRES**, in his official capacity as Acting Secretary of the Commonwealth, *et al.*, | |
| Defendants | |
| v. | |
| **CARMEN FEBO SAN MIGUEL**, *et al.*, | |
| Intervenor-Defendants | |

## ORDER

**BEFORE:** Jordan, Circuit Judge; Conner, Chief District Judge; Simandle, District Judge.

**AND NOW**, this 9th day of March, 2018, in consideration of the motion (Doc. 130) for leave to participate as Amicus Curiae filed by Movant, Senator Guy Reschenthaler of the Senate of Pennsylvania, it is hereby ORDERED that said motion is GRANTED. Amicus Curiae is hereby granted leave to file its Brief.

**FOR THE COURT:**

/S/ Kent A. Jordan
Kent A. Jordan, Circuit Judge
*United States Court of Appeals
for the Third Circuit*

/S/ Christopher C. Conner
Christopher C. Conner, Chief District Judge
*United States District Court*
*for the Middle District of Pennsylvania*

/S/ Jerome B. Simandle
Jerome B. Simandle, District Judge
*United States District Court*
*for the District of New Jersey*