IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB CORMAN, in his official capacity as Majority Leader of the Pennsylvania Senate, MICHAEL FOLMER, in his official capacity as Chairman of the Pennsylvania Senate State Government Committee, LOU BARLETTA, RYAN COSTELLO, MIKE KELLY, TOM MARINO, SCOTT PERRY, KEITH ROTHFUS, LLOYD SMUCKER, and GLENN THOMPSON, <br><br>          Plaintiffs <br><br>v. <br><br>ROBERT TORRES, in his official capacity as Acting Secretary of the Commonwealth, and JONATHAN M. MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation, <br><br>          Defendants <br><br>v. <br><br>CARMEN FEBO SAN MIGUEL, JAMES SOLOMON, JOHN GREINER, JOHN CAPOWSKI, GRETCHEN BRANDT, THOMAS RENTSCHLER, MARY ELIZABETH LAWN, LISA ISSACS, DON LANCASTER, JORDI COMAS, ROBERT SMITH, WILLIAM MARX, RICHARD MANTELL, PRISCILLA McNULTY, THOMAS ULRICH, ROBERT McKINSTRY, MARK LICHTY, and LORRAINE PETROSKY, <br><br>          Intervenor-Defendants | CIVIL ACTION NO. 1:18-CV-443 <br><br>Three Judge Panel Convened Pursuant to 28 U.S.C. § 2284(a) |

1

# ORDER

**BEFORE**: Kent A. Jordan, Circuit Judge, *United States Court of Appeals for the Third Circuit*; Christopher C. Conner, Chief District Judge, *United States District Court for the Middle District of Pennsylvania*; Jerome B. Simandle, District Judge, *United States District Court for the District of New Jersey*.

**AND NOW**, this 19th day of March, 2018, upon consideration of the Plaintiffs' verified complaint (Doc. No. 1) and contemporaneous motion for a preliminary injunction (Doc. No. 3); the Defendants' oppositions (Doc. Nos. 89, 92, 134) to Plaintiffs' motion for a preliminary injunction; the Plaintiffs' reply (Doc. No. 118) in further support of their motion for a preliminary injunction; the Executive Defendants' motion to dismiss (Doc. No. 87); the Intervenor-Defendants' motion for judgment on the pleadings (Doc. No. 90); the Plaintiffs' omnibus opposition (Doc. No. 117) to the Defendants' motions; the Defendants' replies (Doc. Nos. 124, 126) in further support of their motions; the numerous *amici* briefs; and after a hearing held on March 9, 2018, **IT IS HEREBY ORDERED** that:

1. The Executive Defendants' motion to dismiss (Doc. No. 87) and the Intervenor-Defendants' motion for judgment on the pleadings (Doc. No. 90) are **GRANTED**;
2. The Plaintiffs' motion for a preliminary injunction (Doc. No. 3) is **DENIED**; and
3. The Plaintiffs' verified complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE.**

    **FOR THE COURT:**

    s/ Kent A. Jordan
    Kent A. Jordan, Circuit Judge
    *United States Court of Appeals*
    *for the Third Circuit*

    s/ Christopher C. Conner
    Christopher C. Conner, Chief District Judge
    *United States District Court*
    *for the Middle District of Pennsylvania*

  s/   Jerome B. Simandle
Jerome B. Simandle, District Judge
*United States District Court*
*for the District of New Jersey*