IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| JACOB CORMAN et al. | ) *No.: 1:18-CV-00443* | |
| Plaintiffs, | ) | **FILED** |
| v. | ) | HARRISBURG, PA |
| ROBERT TORRES et al. | ) | |
| Defendants | ) | APR 17 2018 |
| v. | ) | PER _____ DM |
| JEFFREY CUTLER | ) | DEPUTY CLERK |
| Intervenor Plaintiff | ) | |
| v. | ) | **ORAL ARGUMENTS REQUESTED** |
| CARMEN FEBO SAN MIGUEL, et al. | ) | |
| Intervenor Defendants | ) | |
| | ) | |

## NOTICE OF APPEAL and MOTION TO CONSOLIDATE RELATED APPEALS <u>CORRECTION</u>

Notice is hereby given Jeffrey Cutler, Plaintiff Intervenor in this matter hereby appeals to the United States Court of Appeals for the Third Circuit of Pennsylvania the Order from the United States Middle District of Pennsylvania dated April 10, 2018 denying Plaintiff Intervenor's Motion for Reconsideration and Motion to Intervene as Plaintiff of April 3, 2013., <u>and the motion denying Plaintiff's motion of March 19, 2018</u>. On October 27, 2017 in the United States Middle District of Pennsylvania a Motion for Reconsideration was filed in case 1:17-cv-01740 and granted on November 6, 2017. The current order violates Mr. Cutler's rights under the Fifth Amendment of the Constitution Based on Elouise Pepion Corbel et al. v. Gale v. Norton, et al. (03-5262, 03-5314) Mr. cutler requests this appeal be consolidated with case 17-2709 currently in deliberations and on an expedited basis since they both involve related issues of Judges blatantly issuing orders with remedies that violate and circumvent the constitution of Pennsylvania based on Perjured information to hurt and injure persons. It should also be

noted that Censorship by the government (Including the Order of April 10, 2018), and media (Google, Facebook, and others) acting as agents for the government and deep state obstruct the ability to be treated fairly and violate the civil rights based on religion and race of not only Mr. Cutler but others including the individuals known as "Diamond and Silk", Nasim Aghdam and others. <u>The use of false and perjured statements by agents of the government threatens the religious liberty of not only Mr. Cutler but also others of similar beliefs, like Michael Cohen, the United States Constitution Amendment 1 and just because it is not reported at a Starbucks in Philadelphia, does not mean it did not happen</u>.

                                                  Respectfully submitted:

                                                  *Jeffrey Cutler*

By: _____

                                                  P.O. Box 2806
                                                  York, PA 17405-2806
                                                  (215) 872-5715

Date: 17APRIL2018