UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1816
_____

JACOB CORMAN, in his official capacity as Majority Leader of the
Pennsylvania Senate; MICHAEL FOLMER, in his official capacity as
Chairman of the Pennsylvania Senate State Government Committee;
LOU BARLETTA; RYAN COSTELLO; MIKE KELLY; TOM MARINO;
SCOTT PERRY; KEITH ROTHFUS; LLOYD SMUCKER; GLENN THOMPSON;
JEFFREY CUTLER

v.

SECRETARY COMMONWEALTH OF PENNSYLVANIA;
COMMISSIONER BUREAU OF COMMISSIONS,
ELECTIONS & LEGISLATION

CARMEN FEBO SAN MIGUEL; JAMES SOLOMON; JOHN GREINER;
JOHN CAPOWSKI; GRETCHEN BRANDT; THOMAS RENTSCHLER;
MARY ELIZABETH LAWN; LISA ISAACS; DON LANCASTER; JORDI COMAS;
ROBERT SMITH; WILLIAM MARX; RICHARD MANTELL;
PRISCILLA MCNULTY; THOMAS ULRICH; ROBERT MCKINSTRY;
MARK LICHTY; LORRAINE PETROSKY

(Intervenors in District Court)

Jeffrey Cutler,
Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civ. No. 1-18-cv-00443)
Circuit Judge: Kent A. Jordan;
District Judges: Jerome B. Simandle and Christopher Conner
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)

September 14, 2018

Before: VANASKIE, COWEN and NYGAARD, <u>Circuit</u> <u>Judges</u>

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 14, 2018. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on April 10, 2018 be, and the same is, hereby affirmed. The appeal is dismissed for lack of jurisdiction in all other respects. Costs taxed against the Appellant.

All of the above in accordance with the Opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 25, 2018